IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| AUTO-OWNERS LIFE INSURANCE COMPANY | ) Case No. 3:21-cv-01245 ) |
| Plaintiff, | ) Judge Helmick ) ) **AGREED JUDGMENT ENTRY** |
| v. | ) ) |
| GORDON MILLER, PERSONALLY AND AS EXECUTOR OF THE ESTATE OF ISAAC E. MILLER, et al. | ) ) ) ) |
| Defendants. | ) ) |

The Court, having been advised that Parties have reached an agreement, which the Court approves, and upon further advisement, hereby orders the following:

It is therefore ORDERED as follows:

1. Defendants Gordon Miller, Personally and as Executor of the Estate of Isaac E. Miller and Defendant Georgia "Ruthi" Caballero Hogan (collectively, the "Parties") agree that there is no dispute between the Parties.

2. The Parties agree that the Defendant, Gordon Miller as Executor of the Estate of Isaac E. Miller, is granted payout of the proceeds from the Policy in the total amount of One Hundred Thousand and 00/100 Dollars ($100,000.00).

3. The Parties agree that the Plaintiff shall pay a total of $100,000.00, representing the guaranteed death benefit under the Policy, to the Court, which will then be disbursed to Gordon Miller as Executor of the Estate of Isaac E. Miller in accordance with this Agreed Entry. Payment of $100,000.00 exhausts the limits of the Policy and therefore satisfies any and all obligations of Auto-Owners Life Insurance Company.

4. Plaintiff shall be released of any further liability upon completion of its obligations contained under Paragraph 2 and Paragraph 3 of this Agreed Entry.

5. Count Two of the Plaintiff's Amended Complaint is hereby dismissed WITH PREJUDICE.

6. This Court shall retain jurisdiction in this case solely to enforce the terms of this Agreed Entry.

7. Costs shall be paid by the Plaintiff.

IT IS SO ORDERED

Dated: November 15, 2021         s/ Jeffrey J. Helmick
                                 Judge


###

Respectfully submitted and agreed to by:

| | |
|---|---|
| */s/ Joshua M. Kin* | */s/ Chad A Schmitt via email authorization on October 26, 2021* |
| Sarah J. Corney (#0086472) | Brian T. Winchester (#0069076) |
| Joshua M. Kin (#0086965) | Chad A. Schmitt (#0095355) |
| Robison, Curphey & O'Connell, LLC | McNeal Schick Archibald & Biro Co., LPA |
| Four SeaGate, Ninth Floor | 4608 St. Clair Avenue |
| Toledo, OH 43604 | Cleveland, OH 44103 |
| T: (419) 249-7900 | T: (216) 621-9870 |
| F: (419) 249-7911 | F: (216) 522-1112 |
| scorney@rcolaw.com | cs@msablaw.com |
| jkin@rcolaw.com | btw@msablaw.com |
| *Attorneys for Defendants Gordon Miller, personally and as Executor* | *Attorneys for Plaintiff* |

*/s/ Georgia Ruth Caballero Hogan via email authorization on 11/5/2021*
Georgia "Ruthi" Caballero Hogan, Pro Se

**PRAECIPE FOR SERVICE**

Please serve a copy of this Agreed Judgment Entry to the following:

By electronic service:

    Joshua M. Kin, jkin@rcolaw.com, Attorney for Defendant Gordon Miller

    Chad A. Schmitt, cs@msablaw.com, Attorney for Plaintiff

Via regular U.S. Mail:

    Georgia "Ruthi" Caballero Hogan
    100 Brentwood Blvd.
    Lafayette, Louisiana 70503

    */s/ Joshua M. Kin*
    Joshua M. Kin (#0086965)