FILED

DEC 21 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| AUTO-OWNERS LIFE INSURANCE COMPANY<br><br>    Plaintiff<br><br>v.<br><br>GORDON MILLER, PERSONALLY AND AS EXECUTOR OF THE ESTATE OF ISAAC E. MILLER<br><br>and<br><br>GEORGIA "RUTHI" CABALLERO HOGAN, (FORMERLY GEORGIA "RUTHI" CABALLERO MILLER)<br><br>    Defendants. | CASE NO. 3:21-cv-01245<br><br>JUDGE JEFFREY J. HELMICK<br><br>NOTICE OF ISSUANCE OF FUNDS PURSUANT TO AGREED JUDGMENT ENTRY |

    Now comes Plaintiff Auto-Owners Life Insurance Company, by and through its undersigned counsel, and hereby submits its check in the amount of $103,747.21 to be paid to the order of the Isaac E. Miller Estate, in compliance with the terms of the Agreed Judgment Entry executed by Judge Helmick and filed with the Court on November 15, 2021. As indicated on the Agreed Judgment Entry, the funds will be disbursed to Gordon Miller as Executor of the Estate of Isaac E. Miller, exhausting the limits of the subject Auto-Owners Life Insurance Policy of Insurance and satisfying any obligations of Auto-Owners Life

Insurance Company under that Policy. A Proposed Order of Disbursement is attached herewith.

Respectfully submitted,

Brian T. Winchester (0069076)
Chad A. Schmitt (0095355)
McNeal Schick Archibald & Biro Co., LPA
4608 St. Clair Avenue
Cleveland, OH 44103
T: 216-621-9870  F: 216-522-1112
btw@msablaw.com
cs@msablaw.com
*Attorneys for Plaintiff*
*Auto-Owners Life Insurance Company*